| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> Leo James Terrell | CHAPTER NO.: 7 |
| | CASE NO.: 2:10−bk−55798 |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule G**
**Schedule H**
**Stmt. of Fin. Affairs**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)  File the above−referenced documents and the proper number of copies [Local Bankruptcy Rule 1002−1]:

      Chapter 7     1 Original and 1 Copy

**OR**

(2)  File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

| | |
|---|---|
| **BY ORDER OF THE COURT** <br> Dated: <u>October 25, 2010</u> | KATHLEEN J. CAMPBELL, CLERK OF COURT <br><br> By: <u>Dina Ghaltchi</u> <br>    Deputy Clerk |

deforco − Revised 12/2009             **1 / GDL**

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: dghaltchi              Page 1 of 1                    Date Rcvd: Oct 25, 2010
Case: 10-55798                 Form ID: deforco             Total Noticed: 1

The following entities were noticed by first class mail on Oct 27, 2010.
db           +Leo James Terrell,   11603 Mississippi Ave,   Los Angeles, CA 90025-5303

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2010**                    **Signature:** _Joseph Speetjens_