1  JOHN J. MENCHACA
   835 Wilshire Boulevard, Suite 300
2  Los Angeles, California 90017
   Telephone: (213) 683-0349
3  Facsimile: (213) 683-1883

4  Chapter 7 Trustee

5

6

7

8              UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

10

11 In re                           )
                                   )
12 LEO JAMES TERRELL               )    Case No. 2:10-BK-55798-BB
                                   )
13              Debtor(s)          )    Chapter 7
                                   )
14                                 )    NOTICE OF CONTINUED MEETING
                                   )    OF CREDITORS AND APPEARANCE
15                                 )    OF DEBTOR(S) [11 USC 341(A)]
                                   )
16                                 )    Date:  December 30, 2010
                                   )    Time:  1:30 p.m.
17                                 )    Place: 725 S. Figueroa Street
                                   )           Room 101
18                                 )           Los Angeles, California 90017
                                   )
19                                 )
                                   )
20                                 )
                                   )
21                                 )
                                   )
22                                 )

23       TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY OF RECORD, IF

24 ANY:

25       You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C.

26 Section 341(a) in the above-entitled matter has been continued to December 30, 2010

27 at 1:30 p.m. at Ernst & Young Plaza, 725 South Figueroa Street, Room 101, Lobby

28 Level, Los Angeles, California 90017:

1  You failed to appear at the 341(a) Meeting previously schedule in your matter.
2  You are further notified that in the event you do not appear at said time and place, a
3  motion to dismiss your case will be filed by the Trustee.
4
5  Dated: December 22, 2010                    /s/ John J. Menchaca
                                                John J. Menchaca
6                                               Chapter 7 Trustee

John J. Menchaca
Chapter 7 Trustee
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

2

| In re:<br>Leo James Terrell<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 2:10-BK-55798-BB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

835 Wilshire Boulevard, Suite 300, Los Angeles, CA 90017

The foregoing document described **NOTICE OF CONTINUED MEETING OF CREDITORS AND APPERANCE OF DEBTOR(S) [11 USC 341(A)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 22, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Attorney for Debtor(s):** Young K Chang bklaw3@yahoo.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On December 22, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Debtor(s):**
Leo James Terrell
11603 Mississippi Ave
Los Angeles, CA 90025

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 22, 2010 | Imelda Gaeta | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                         F 9013-3.1